IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Leroy Devon Grant, Ka Saun Floyd, Ronald McClair, and Antonio Bennett, | Case No. 2:25-cv-04379-JDA-MGB |
| Plaintiffs, | |
| v. | **OPINION AND ORDER** |
| Chief Morris, Captain Luke, and Charleston County Detention Center, | |
| Defendants. | |

This matter is before the Court on a Report and Recommendation ("Report") of the Magistrate Judge. [Doc. 16.] In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Mary Gordon Baker for pre-trial proceedings.

Plaintiff Leroy Devon Grant's pro se Complaint was entered on the docket on May 22, 2025. [Doc. 1.] On June 17, 2025, the Magistrate Judge issued an Order explaining several specific deficiencies with Plaintiff's claims and granting him leave to amend his Complaint. [Doc. 5.] On July 7, 2025, Grant filed an Amended Complaint. [Doc. 11.] On September 12, 2025, the Magistrate Judge issued a Report recommending that Plaintiffs Floyd, McClair, and Bennett be dismissed as parties to this action. [Doc. 16 at 1.] In addition, the Magistrate Judge recommends summary dismissal of any allegations against Captain Luke or the Charleston County Detention Center. [*Id*. at 1–2.] The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections

to the Report and the serious consequences if he failed to do so. [*Id*. at 9.] Plaintiff has filed no objections and the time to do so has lapsed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (internal quotation marks omitted)).

The Court has reviewed the record in this case, the applicable law, and the Report of the Magistrate Judge for clear error. Having done so, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, Plaintiffs Floyd, McClair, and Bennett are DISMISSED as parties to this action; Plaintiff Grant's claims against Captain Luke are DISMISSED without prejudice; and Plaintiff Grant's claims against the Charleston County Detention Center are DISMISSED with prejudice.

IT IS SO ORDERED.

                                                  <u>s/ Jacquelyn D. Austin</u>
                                                  United States District Judge

October 20, 2024
Charleston, South Carolina

**<u>NOTICE OF RIGHT TO APPEAL</u>**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

3